Re: smot withdraw

FILED
Oct 16  2 16 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

United States District Court
District of Connecticut

1

Anthony D. Coleman
    Plaintiff

V.S

Police officer K. Martin
Police officer H. Evan
K. Martin, H. Evan
Chief Joseph Croughwell
Police chief Bruse Marquis
City and Town of Hartford
    Defendant

CIVIL 02cv965JBA

October 14, 2003

Additional Responce To Motion To withdraw as Counsel/Motion for Relief of Appointment As Counsel for The Plaintiff

First I'd like To introduce in-To Evidence a letter from Levy & Droney Dated 10-8-3 As Exhibit 13.
In my original Complaint I named police chief Bruse Marquis As a defendant And claimed He failed To Supervise His officers in The Same manner As chief Croughwell. In The Second Amended Complaint That was filed by Levy & Droney. Chief Marquis was dismissed As A defendant. I didnoT question This decision or ask why. I felt That Levy & Droney Thought I had no

I would like to refer to Exhibit B. If you read this letter they claim they believe that there now exists a personal incompatibility or a substantial disagreement on litigation strategy. They also believe that I wish to proceed in a manner that cannot be supported by good faith legal argument. This is not so, and if they felt this way why did they name Chief Croughwell as a defendant if they never had any intentions to prosecute him in his official and individual capasity as claimed in the Second Amended Complaint. This was mentioned in Exhibit A.

Levy & Droney are upset with me because I responded to their threat of Abandonment with moxie. I knew that the facts of this conflict would show I didn't ask them to do anything but answer my question. In light of all the evidence. I committed no wrong doing to warrant a withdrawl of Counsel to be granted by this honorable Court. Please deny Levy & Droney's motion to withdraw as Counsel for the Plaintiff.

Sincerely

Anthony Coleman
Anthony Coleman



Pond View Corporate Center
74 Batterson Park Road
Farmington, CT 06032

P.O. Box 887
Farmington, CT 06034-0887

860.676.3000 P
860.676.3200 F
www.ldlaw.com

DAVID A. DeBASSIO
Direct Dial: (860)676-3078
ddebassio@ldlaw.com

October 8, 2003

**PRIVILEGED CORRESPONDENCE/CONFIDENTIAL/
VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED
AND FIRST-CLASS MAIL**

Mr. Anthony Coleman
Inmate #254858
Enfield Correctional Institution
P.O. Box 1500
Enfield, CT  06083

    Re:    **Coleman v. Martin, et al**

Dear Mr. Coleman:

    I was deeply saddened to receive your letter of October 1, 2003 (received 10/6/03).  The tone of your letter, the rhetoric, and the displeasure that you expressed over our legal opinion are unfortunate and we believe unjustified in the light of sincere, diligent efforts that we have made to date on your behalf.  Obviously, we have a substantial disagreement on litigation strategy, specifically with regard to the necessity, validity and/or value of certain parts and/or counts of the original complaint, which you drafted to begin this case.

    As you are aware, we have, at the urging of Judge Arterton, suggested changes to your complaint that we think are in your best interest and are consistent with our understanding of the law in this area.   You, obviously, disagree.  It is possible for a client and counsel to disagree on certain matters in a case, but it is not possible for us to continue as your lawyers after receiving your letter of October 1, 2003.

    We now feel very uncomfortable representing you given the feelings and thoughts that you have expressed and believe that the dispute that we have justifies an application to the Court for relief from appointment under Local Civil Rule 83-10 and/or a withdrawal of our appearance under Local Rule 7(e).  We believe that there now exists a "personal incompatibility or a substantial disagreement on litigation strategy" between you and our firm.  We also believe that you wish to proceed in a manner that cannot be supported by a good faith legal argument.  With these problems in mind, we will reluctantly withdraw as your lawyers and/or request relief from appointment as counsel in this case.   A copy of this Motion is enclosed along with this certified letter.  We have

**LEVY & DRONEY, P.C.**
LAWYERS  COUNSELORS

October 8, 2003
Page Two

filed a Motion to Seal the Memorandum of Law as required by the Local Rules of Practice. Once the Court grants this Motion, we will forward a copy of the Memorandum to you for your review.

Should you wish to respond to this Motion, you should be sure to file any response under seal to the attention of Judge Arterton's clerk. Failing to file the response under seal could potentially be construed as a waiver on your part of the attorney/client privilege.

It is most unfortunate that as a result of your actions we now must part company in this case. We shall do everything possible to make sure that our withdrawal is not prejudicial to you and is consistent with the Federal Rules of Civil Procedure and the Code of Professional Conduct in the State of Connecticut.

Respectfully Yours,

LEVY & DRONEY, P.C.

David A. DeBassio

DAD/dc
Enclosure

U:\WPC\Lit\Dad\Coleman\Coleman A (Oct 8).doc

Certification

I hereby Certify That on this 14th day of October 2003, A copy of the forgoing was Mailed To The following

Levy & Droney
David A. DeBassio
74 Batterson Park Rd
Farmington CT 06032

Anthony Coleman
P.O. Box 1500
Enfield CT
06083