

FILED
Oct 20  3 32 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY D. COLEMAN<br>Plaintiff, | CIVIL NO:<br>3:02 CV965(JBA)(JGM) |
| VS. | |
| POLICE OFFICER K. MARTIN, POLICE SERGEANT H. EVEN, K. MARTIN, H. EVAN, POLICE CHIEF JOSEPH F. CROUGHWELL, POLICE CHIEF BRUCE MARQUIS, CITY AND TOWN OF HARTFORD<br>Defendant. | OCTOBER 17, 2003 |

### SUPPLEMENTAL MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rules 5(d) and 83.10(d), counsel for the plaintiff filed a Motion for Withdrawal/Relief from Appointment on October 9, 2003, and seeks to file the Memorandum in Support of said Motion under Seal. Filing the Memorandum under Seal is necessary to preserve the attorney/client privilege in this matter and is in accordance with the Local Rules.

Local Rule 83.10(d)(3) states that in order for counsel to seek relief from appointment, counsel must "set forth in full the factual and legal basis for the request. The application shall be a privileged Court document kept under seal and shall not be available

in discovery or otherwise used in the litigation." Local Rule 5(d) states "Counsel seeking to file a document under seal shall file a motion to seal . . .counsel can seek advance permission of the Court to file a document under seal without submitting the document to be sealed."

Plaintiff, Anthony D. Coleman, filed his response to counsels' Motion to Withdraw/Relief from Appointment, said responses being captioned *Response to Motion to Withdraw as Counsel/Motion for Relief of Appointment as Counsel for the Plaintiff* dated October 12, 2003, and *Additional Response to Motion to Withdraw as Counsel/Motion for Relief of Appointment as Counsel for the Plaintiff* dated October 14, 2003. Plaintiff certified such filing to plaintiff's counsel only.

Counsel for the plaintiff hereby requests that the aforereferenced filings of the Plaintiff be filed "under seal" in accordance with plaintiff's counsels' Motion to Seal dated October 9, 2003. Plaintiff was advised by counsel to file any response or objection to counsels' Motion to Withdraw/Relief from Appointment "under seal." The plaintiff's Motions reference material protected by the attorney/client privilege and, therefore, should properly be sealed by the Court.

WHEREFORE, counsel for the plaintiff seeks an order to seal the contents of the Memorandum of Law in Support of the Motion to Withdraw/Relief from Appointment and plaintiff's responses captioned *Response to Motion to Withdraw as Counsel/Motion for Relief of Appointment as Counsel for the Plaintiff* dated October 12, 2003, and *Additional Response to Motion to Withdraw as Counsel/Motion for Relief of Appointment as Counsel for the Plaintiff* dated October 14, 2003. Upon the granting of said order, counsel shall file the Memorandum of Law in Support of Counsel for the plaintiff's Motion to Withdraw/Relief from Appointment.

DAVID A. DeBASSIO
LEVY & DRONEY, P.C.
74 Batterson Park Road
Farmington, CT 06032
(860)676-3000
Fed Bar #ct24365

## CERTIFICATION

I hereby certify that on this 17th day of October, 2003, a copy of the foregoing was mailed, first-class mail, postage prepaid, to the following:

Mr. Anthony Coleman
Inmate #254858
Enfield Correctional Institution
P.O. Box 1500
Enfield, CT  06083

Eric P. Daigle, Esquire
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

DAVID A. DeBASSIO

U:\WPC\Lit\Dad\Coleman\Mot to Seal2.doc

4