UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY D. COLEMAN<br>    Plaintiff, | CIVIL NO:<br> 3:02 CV965(JBA)(JGM) |
| VS. | |
| POLICE OFFICER K. MARTIN,<br>POLICE SERGEANT H. EVAN, K.<br>MARTIN, H. EVAN, POLICE CHIEF<br>JOSEPH F. CROUGHWELL, POLICE<br>CHIEF BRUCE MARQUIS, CITY AND<br>TOWN OF HARTFORD<br>    Defendant. | OCTOBER 29, 2003 |

## MOTION FOR CONTINUANCE

Pursuant to Rule 7 of the Federal Rules of Civil Procedure and Local Rule 7, Plaintiff moves for a continuance of the Settlement Conference that is scheduled on November 12, 2003 at 10:00 a.m. before the Honorable Joan G. Margolis, U.S. Magistrate Judge. There is an outstanding Motion to Withdraw/Relief from Appointment, filed by Plaintiff's counsel. Absent a ruling on said Motion, counsel for the Plaintiff cannot ethically participate in a settlement conference on behalf of said Plaintiff. Defendants' counsel has no objection to granting Plaintiff's Motion for a Continuance. This is the Plaintiff's first request for a continuance of the Settlement Conference.

                                PLAINTIFF,
                                ANTHONY COLEMAN


By_____
    DAVID A. DeBASSIO
    LEVY& DRONEY, P.C.
    74 Batterson Park Road
    Farmington, CT  06032
    (860)676-3000
    Fed Bar #ct24365

## **CERTIFICATION**

      I hereby certify that on this _____ day of October, 2003, a copy of the foregoing was mailed, postage prepaid, to the following:

Eric P. Daigle, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT  06103


_____
DAVID A. DeBASSIO

u:\wpc\lit\dad\coleman\motion for continuance.doc