UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 4, 2003

3:00 P.M.

*Held 3:10 PM*
*3:00 - 3:10 (10 min.)*

CASE NO. **3:02CV965** (JBA) **Coleman v. Martin**

✓ Eric P. Daigle
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-241-4098
860-548-0006 (fax)
Daigle@halloran-sage.com

✓ David Anthony DeBassio
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3078
860-676-3200 (fax)
ddebassio@ldlaw.com

Anthony D. Coleman
Inmate #254858
Enfield Correctional Institution
PO Box 1500
Enfield, CT 06083

John F. Droney, Jr.
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3000

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

November 4, 2003

3:00 P.M.

*Held 3:00 - 3:10 PM (10 min.)*

CASE NO. **3:02CV965** (JBA) **Coleman v. Martin**

✓ Eric P. Daigle
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-241-4098
860-548-0006 (fax)
Daigle@halloran-sage.com

✓ David Anthony DeBassio
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3078
860-676-3200 (fax)
ddebassio@ldlaw.com

Anthony D. Coleman
Inmate #254858
Enfield Correctional Institution
PO Box 1500
Enfield, CT 06083

John F. Droney, Jr.
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3000

Brian P. Leaming
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103

Kenneth J. Levine
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3000

James J. Szerejko
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-297-4658
860-548-0006 (fax)
szerejko@halloran-sage.com

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK