56

FILED

Oct 10  2 00 PM '03

U. S. DISTRICT COURT
NEW HAVEN, CONN.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANTHONY D. COLEMAN**<br>**Plaintiff,** | **CIVIL NO:**<br>**3:02 CV965(JBA)(JGM)** |
| **VS.** | |
| **POLICE OFFICER K. MARTIN,**<br>**POLICE SERGEANT H. EVEN, K.**<br>**MARTIN, H. EVAN, POLICE CHIEF**<br>**JOSEPH F. CROUGHWELL, POLICE**<br>**CHIEF BRUCE MARQUIS, CITY AND**<br>**TOWN OF HARTFORD**<br>**Defendant.** | **OCTOBER 9 , 2003** |

### MOTION TO FILE DOCUMENT UNDER SEAL

Pursuant to Local Rules 5(d) and 83.10(d), counsel for the plaintiff has filed a

Motion for Withdrawal/Relief from Appointment, and seeks to file the Memorandum in

Support of said Motion under Seal. Filing the Memorandum under Seal is necessary to

preserve the attorney/client privilege in this matter and is in accordance with the Local

Rules.

Local Rule 83.10(d)(3) states that in order for counsel to seek relief from

appointment, counsel must "set forth in full the factual and legal basis for the request. The

application shall be a privileged Court document kept under seal and shall not be available

*[handwritten left margin: 11/4/03 -- Granted; The S of t shall be filed under seal on or before 11/2/03.]*