46

FILED
Aug 21  2 03 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY D. COLEMAN<br>    Plaintiff<br>V.<br><br>POLICE OFFICER K. MARTIN<br>POLICE SERGEANT H. EVAN<br>K. MARTIN, H. EVAN<br>POLICE CHIEF JOSEPH F. CROUGHWELL<br>POLICE CHIEF BRUCE MARQUIS<br>CITY AND TOWN OF HARTFORD | :   CIVIL ACTION NO.<br>:   3:02 CV965 (JBA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   AUGUST 20, 2003 |

*[margin: 2nd Juror absent of...]*

**MOTION FOR LEAVE OF COURT TO DEPOSE THE PLAINTIFF**

Pursuant to the Federal Rule of Civil Procedure 30(a)(2), the undersigned defendants hereby request leave of court to depose the plaintiff, Anthony Coleman, who is presently confined to prison. More particularly, the plaintiff is confined to the Enfield Correctional Institution, which is located at 289 Shaker Road in Enfield, CT. The undersigned defendants propose taking the deposition of the plaintiff on a date and time mutually agreed on by the parties and convenient for the Connecticut Department of Corrections.

*[margin: 11/4/03 — Granted absent objection]*

| One Goodwin Square<br>225 Asylum Street<br>Hartford, CT 06103 | **HALLORAN<br>& SAGE LLP** | Phone (860) 522-6103<br>Fax (860) 548-0006<br>Juris No. 26105 |
|---|---|---|