United States District Court
District of Connecticut

FILED
Nov 10  3 24 PM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

Anthony D Coleman     Plaintiff         Civil No 3:02 CV 965(JBA)(JGM)

    vs.

Police officer K. Martin
Police Sgt. H. Evan, K. Martin
H. Evan, Police Chief Joseph F.
Croughwell, Police Chief Bruce
Marquis, City and Town of
Hartford
        Defendant

October 30, 2003

Response to Counsel (Levy & Droney) Motion for Continuance.

The plaintiff Anthony D Coleman Request This Honorable Court To Deny Counsels (Levy & Droney) motion for Continuance. It is the plaintiff's belief that this Complaint Could be Settled on 11-12-3. This motion is Just A Tactic To delay and There is no ethical Issue That would prevent Levy & Droney To participate in This Conference.

The plaintiff Asks This Honorable Court If Levy & Droney Are not A part of The Conference. Could The plaintiff Still attend The Settlement Conference?



Certification

I hereby certify that on this 30th day of October 2003, a copy of the foregoing was mailed to the following:

David DeBassio
Levy & Droney
74 Batterson Park Rd
Farmington CT
        06032