# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANTHONY D. COLEMAN<br>Plaintiff, | : | CIVIL ACTION NO.<br>3:02-CV965(JBA) |
| VS. | : | |
| POLICE OFFICER K. MARTIN, ET AL<br>Defendant | : | NOVEMBER 10, 2003 |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**TO THE WARDEN, ENFIELD CORRECTIONAL FACILITY, Enfield, CT:**

The Warden of Enfield Correctional Facility in Enfield, CT, is hereby directed to produce **ANTHONY D. COLEMAN**, at the United States District Court, 141 Church Street, New Haven, CT, on **DECEMBER 4, 2003**, beginning at 9:30 AM, for the purpose of attending a settlement conference and to keep the prisoner safe in custody and confine him from day to day when not appearing before the Honorable Joan G. Margolis, Magistrate Judge, United States District Court. The prisoner shall be presented at the United States Marshal's Office.

At the final conclusion of the proceedings, the Warden shall return ANTHONY COLEMAN to the Enfield Correctional Facility in Enfield, CT, where he is serving his imposed sentence.

Dated at New Haven, CT, this 12th day of November, 2003.

BY THE COURT

Joan G. Margolis
United States Magistrate Judge

U:\WPC\Lit\Dad\Coleman\Writ of Habeas Corpus.wpd

-2-