IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
DEC 4  3 13 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

```
-----------------------------------x
ANTHONY COLEMAN                    :
                                   :   3:02 CV 965 (JBA)
V.                                 :
                                   :
OFFICER K. MARTIN ET AL.           :   DATE: DEC. 4, 2003
                                   :
-----------------------------------x
```

## MEMORANDUM OF SETTLEMENT CONFERENCE

Date of Conference: December 4, 2003

Attorneys Present:   David Anthony DeBassio, Esq. (Pro Bono)
Mr. Anthony Coleman
(For Plaintiff)

Eric P. Daigle, Esq.
(For Defendants)

### DISCUSSIONS

Counsel and plaintiff agreed to the deadlines set forth below.

### ORDERS

1. By agreement of counsel and plaintiff, all matters regarding this litigation are stayed, pending action by the Hartford City Council on the tentative settlement.

2. The Magistrate Judge is available for such other conferences (which may be held telephonically) as may be necessary.

Dated at New Haven, Connecticut, this 4th day of December, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)