UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Rescheduled Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

December 4, 2003

10:00 A.M.

*Held 10:05 am - 12:35 pm (2hr 30 min)*

PARTIES MUST BE AVAILABLE BY TELEPHONE
IF THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. 3:02CV965 (JBA) **Coleman v. Martin**

---

✓ Eric P. Daigle
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-241-4098
860-548-0006 (fax)
Daigle@halloran-sage.com

Bruce Marquis
City of Hartford
H. Evan
Joseph F. Croughwell
K. Martin

✓ David Anthony DeBassio
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3078
860-676-3200 (fax)
ddebassio@ldlaw.com

Anthony D. Coleman
Inmate #254858
Enfield Correctional
Institution POB 1500
Enfield, CT 06083

John F. Droney, Jr.
Levy & Droney, P.C
74 Batterson Park Rd., PO Box 887
Farmington, CT 06034-0887
860-676-3000

Anthony D. Coleman

Brian P. Leaming
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103
860-522-6103

Bruce Marquis
City of Hartford
H. Evan
Joseph H. Croughwell
K. Martin

| | |
|---|---|
| Kenneth J. Levine<br>Levy & Droney, P.C<br>74 Batterson Park Rd., PO Box 887<br>Farmington, CT 06034-0887<br>860-676-3000 | Anthony D. Coleman |
| James J. Szerejko<br>Halloran & Sage<br>One Goodwin Sq., 225 Asylum St.<br>Hartford, CT 06103<br>860-297-4658<br>860-548-0006 (fax)<br>szerejko@halloran-sage.com | Bruce Marquis<br>City of Hartford<br>H. Evan<br>Joseph F. Croughwell<br>K. Martin |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK