FILED

Dec 9  3 30 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN

US DISTRICT COURT
DISTRICT OF CONNECTICUT

Anthony D. Coleman
        Plaintiff

        VS

Police officer K. Martin
Police Sgt N. Ewen, K. Martin
Police chief Joseph F. Cravghuelli,
Police chief Bruce Marquis,

        Defendants

Civil NO
3:02 CV 965 (SBA)(JGM)

November 24, 2003

Plaintiff's Response To Sur-Reply in Support of Counsels Motion To withdraw / motion for Relief of Appointment As Counsel for The plaintiff.

Counsel has stated " plaintiff Anthony Coleman has created A Conflict of interest in This case that Can only be resolved by granting Counsels motion To withdraw.

In the previous Motion's plaintiff has begged The Court To force levy & Droney To produce Any evidence To support their Claims Against The plaintiff. As previously stated. Plaintiff has met with Counsel Twice. The only Communication has been through hand written letters. If what levy & Droney Claims is True. It will be found in