FILED

DEC 8  3 30 PM '03

U.S. DISTRICT COURT
N... ...

Anthony D Coleman
    Plaintiff

Civil No
3:02 CV 965 (JBA)(JGM)

vs

Police officer K. Martin,
Police Sgt H. Evan, K.
Martin, H. Evan, Police
chief Joseph Croughwell,
Police chief Bruce Marquis
and City and Town of Hartford

November 10 2003

Response To Memorandum of Law in Support of Counsels Motion To Withdraw/Motion for Relief of Appointment as Counsel for The Plaintiff.

In what Levy & Droney calls 1 on page 2 of the memorandum of Law. They state "The plaintiff has been repeatedly advised as to the merits of his claim by Counsel. Despite this, the plaintiff has insisted on proceeding with causes of action that, in the opinion of the attorneys, have no basis in law and cannot be supported by good faith argument for the extension of existing law. They use the term reverse racial profiling as an example of The plaintiff persisting in promoting a claim without merit.
My responce is that I never insisted on

Legal Mail To Inmates. I assure This Court The PlainTiff never recieved any such request.

Levy & Droney states From The outset, when Counsel met with the plainTiff To begin The Pro bono representation, The plainTiff was less than forthcoming with Counsel about The facts and Circumstances surrounding The incidenT that led To plainTiff's complainT. Counsel repeatedly had To request plainTiff To provide such essential elements as The facts and circumstances of The incident, the plainTiff's hisTory, and imporTanTly, information concerning whaT The plainTiff was presently incarcerated for. Counsel informed The plainTiff that This information was crucial in determining how To proceed with The case and was going To be relevant for discovery, yeT The plainTiff failed To Timely provide such Information. The PlainTiff states This is not so I have a letter dated 6-18-3. PlainTiff will call This exhibit E. In This letter Atty DeBassio states "IT was a pleasure To meeting you on Tuesday may 27." on page 2 para. 2 Atty DeBassio states IT is ImporTant At some point That you inform us why you are currently in prison.

I recieved This letter on 6-19-03. On 6-20-3 I sent Levy & Droney The Transcripts To

It was Levy and Droney who threatened me in a letter received 10-1-3. Its Exhibit A. My response was if Levy and Droney continued to threaten me because I asked a question then Levy & Droney could submit a motion to withdraw and I would respond to it. I feel I had every right to ask that question without threats of withdrawing as counsel.

Levy & Droney has not provided one piece of supporting documentation for their motion. This is a professional law firm reduced to telling outright lies that I've exposed to further their cause. I have been honest and forthright and once more I ask this honorable Court to force Levy & Droney to produce documentation to support their claims. I have a daily planner that I used to record all incoming and outgoing mail and their contents concerning this complaint. Its available for your (Courts) review. Because Levy & Droney cannot support any claims in this motion, the plaintiff respectfully ask the Court to deny Levy & Droney motion to withdraw.

| Date | Entry |
|---|---|
| 6-19-3 | recieved Personal papers and Admission from Defendant and Form 26 Also request for why I am in prision. |
| 6-20-3 | Sent papers, Transcript, and Answered questions for Atty DeBassio. |
| 6-23-3 | Sent Personal History To Atty DeBassio with questions. |
| 6-24-3 | Sent Chrono. Theroy To Atty DeBassio |
| 6-26-3 | Recieved Bad new from Atty DeBassio (My charges) |
| 6-27-3 | Sent responce To DeBassio's letter |
| 7-8-3 | Recieved Info on Marshall Service |
| 7-14-3 | Sent out opinion of P. Report To Atty DeBassio |
| 7-15-3 | Recieved Defendants Interrogatories from Atty. DeBassio. |
| 7-16-3 | Sent out Defendants Interrogatories To Atty DeBassio. |

|          | About chief Croughwell |
|----------|------------------------|
| 10-2-3   | Sent Response To nasty letter To Atty DeBassio |
| 10-10-3  | Recieved Levy and Droney motion To withdraw As Counsel. |

Please Deny Levy & Droneys motion To withdraw as Counsel or Appoint Plaintiff new Counsel.

Plaintiff Also requests Oral Arguements.

Sincerely,

*Anthony Coleman*
Anthony Coleman

Plaintiff could not copy Exhibits A Thru I. They can be found in the files of Levy & Droney.