IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT.

FILED

------------------------------------------------x

ANTHONY COLEMAN

V.

OFFICER K. MARTIN ET AL.

------------------------------------------------x

DEC 11  4 05 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

3:02 CV 965 (JBA)

DATE: DEC. 10, 2003

## ORDER

The following motions are <u>denied without prejudice as moot</u>, in light of the settlement of this matter:

(1) Plaintiff's Motion for Cost and Fees, filed October 2, 2003 (Dkt. #54);

(2) Plaintiff's Motion to Withdraw as Attorney and to Vacate Order for Appointment of Counsel, filed October 10, 2003 (Dkt. #55);

(3) Plaintiff's Motion to Appoint Counsel, filed October 16, 2003 (Dkt. #58);

(4) Plaintiff's Motion for Leave to File Document Under Seal, filed October 20, 2003 (Dkt. #59); and

(5) Plaintiff's Motion to Continue Settlement Conference, filed October 30, 2003 (Dkt. #60).

Dated at New Haven, Connecticut, this 10th day of December, 2003.

Joan Glazer Margolis
U.S. Magistrate Judge

AO 72A
(Rev. 8/82)