FILED
Dec 30   11 54 AM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANTHONY D. COLEMAN
    Plaintiff                      :    CIVIL ACTION NO.
V.                                 :    3:02 CV965(JBA)

POLICE OFFICER K. MARTIN
POLICE SERGEANT H. EVAN
K. MARTIN, H. EVAN
POLICE CHIEF JOSEPH F.
CROUGHWELL
POLICE CHIEF BRUCE MARQUIS
CITY AND TOWN OF HARTFORD    :    December 2?, 2003

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

                                                  THE PLAINTIFF:
                                                  ANTHONY COLEMAN

                                                  By_____
                                                  David A. DeBassio of
                                                  Levy & Droney, P.C.
                                                  Fed. Bar No. ct24365
                                                  74 Batterson Park Road
                                                  Farmington, CT 06032
                                                  (860) 676-3000

THE DEFENDANTS:
POLICE OFFICER K. MARTIN
POLICE SERGEANT H. EVAN
K. MARTIN, H. EVAN
POLICE CHIEF JOSEPH F. CROUGHWELL
POLICE CHIEF BRUCE MARQUIS
CITY AND TOWN OF HARTFORD

By: _____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar No. ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 22 day of December, 2003, I hereby mailed a copy of the foregoing to:

Eric P. Daigle, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

_____
David A. DeBassio

494768.1(HSFP)