FILED
Dec 30 11 54 AM '03
U.S. DISTRICT COURT
NEW HAVEN CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY D. COLEMAN<br>    Plaintiff<br>V.<br><br>POLICE OFFICER K. MARTIN<br>POLICE SERGEANT H. EVAN<br>K. MARTIN, H. EVAN<br>POLICE CHIEF JOSEPH F.<br>CROUGHWELL<br>POLICE CHIEF BRUCE MARQUIS<br>CITY AND TOWN OF HARTFORD | :  CIVIL ACTION NO.<br>:  3:02 CV965(JBA)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  December 21, 2003 |

### STIPULATION TO DISMISS

The parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
ANTHONY COLEMAN

By /s/
David A. DeBassio of
Levy & Droney, P.C.
Fed. Bar No. ct24365
74 Batterson Park Road
Farmington, CT 06032
(860) 676-3000

THE DEFENDANTS:
POLICE OFFICER K. MARTIN
POLICE SERGEANT H. EVAN
K. MARTIN, H. EVAN
POLICE CHIEF JOSEPH F. CROUGHWELL
POLICE CHIEF BRUCE MARQUIS
CITY AND TOWN OF HARTFORD

By_____
Eric P. Daigle of
HALLORAN & SAGE LLP
Fed. Bar No. ct23486
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 2λ day of December, 2003, I hereby mailed a copy of the foregoing to:

Eric P. Daigle, Esquire
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

_____
David A. DeBassio

494768.1(HSFP)